Dear, District Clerk...

80.941-01

My name is Kenneth Ray Green, I was convicted in March of 2009 for Capitol Murder and given a sentence of Life Without Parole, I'm writing to you to receive a cost list for every document you have involving my trial. (Trial Transcript, Reporter's record ect)... I don't have my cause number, because I was transfered Units and all my paperwork was lost. I have new evidence that was not presented at trial that proves my ~~innocents~~ innocence, Please assist me in this matter. The court I was convicted in was the 209th District Court in Houston, Texas...

Respectfully Submitted,

P.S. Kenneth Green #1562728
Estelle Unit
264 F.M. 3478
Huntsville, T.X. 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015
Abel Acosta, Clerk